PHILLIP A. TALBERT
Acting United States Attorney
MELANIE L. ALSWORTH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (661) 489-6150
Facsimile:  (661) 489-6151

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:11-CR-00353-DAD-BAM-2 |
|---|---|
| Plaintiff, | MOTION TO DISMISS INDICTMENT AGAINST DEFENDANT, JOSE GONZALEZ ZALAZAR; ORDER |
| v. | |
| JOSE GONZALEZ ZALAZAR, | |
| Defendant. | |

The United States of America ("the government"), by and through Phillip A. Talbert, Acting United States Attorney and Melanie L. Alsworth, Assistant United States Attorney, hereby moves this Court for permission to dismiss without prejudice the indictment in Case No. 1:11-CR-00353-DAD.

Good cause exists to dismiss without prejudice the indictment in the interest of justice, and pursuant to Fed. R. Crim. P. 48(a), for the following reasons: This action has been pending for approximately five years. Defendant Jose Gonzalez Zalazar was recently arrested on an outstanding warrant in this case. The government has reviewed the case. Considering the delay, the availability of witnesses and evidence, and the defendant's role in the crimes, among other reasons, including defendant's ill health, the gravity of the offense does not justify continued efforts to prosecute defendant Zalazar. For these reasons, the government moves for dismissal of the indictment against the defendant.

Dated: November 7, 2016.

PHILLIP A. TALBERT
Acting United States Attorney

 /s/Melanie L. Alsworth
MELANIE L. ALSWORTH
Assistant United States Attorney

1

**ORDER**

On the basis of good cause, to serve the interest of justice, pursuant to the government's motion and Fed. R. Crim. P. 48(a), the indictment pending against JOSE GONZALEZ ZALAZAR in Case Number 1:11-CR-00353-DAD shall be DISMISSED without prejudice.

IT IS SO ORDERED.

Dated: **November 8, 2016**

_____
UNITED STATES DISTRICT JUDGE